**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **TIFFANY CONWAY** a/k/a Tiffany Walker, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:17-CV-912-L** |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,** | § § § § | |
| Defendant. | § § | |

## ORDER

Before the court is Defendant Allstate Vehicle and Property Insurance Company's Agreed Motion to Abate Pending Appraisal, filed November 10, 2017. The parties seek to abate this case pending the completion of the appraisal process. The court is not opposed to the relief sought by the parties; however, rather than abate the action, the court will administratively close it. A case is considered "old" for statistical purposes when it reaches three years and is documented on a national report. The age of a case continues to accrue if it is merely abated; however, if it is administratively closed, the time is tolled, and the case does not age. Accordingly, the court determines that this case should be, and is hereby, **administratively closed**. The United States District Clerk is hereby **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

The parties shall promptly notify the court once the appraisal process is completed and inform it of the result. The parties also shall either move to reopen this case once the appraisal process has concluded, or move to dismiss the action if all claims are resolved as a result of the appraisal.

**It is so ordered** this 28th day of December, 2017.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge